UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 16-2042 (JS) |
| v. | : | |
| JASON BOYD, a.k.a. "Teddy," "Teddy Reek," and "Fatboy" | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America by Paul J. Fishman, United States Attorney (Gabriel J. Vidoni, Assistant U.S. Attorney, appearing), for an order that the Complaint, arrest warrant, and accompanying papers in the above-captioned matter be unsealed; and the Complaint, arrest warrant, and accompanying papers having become unsealed by virtue of the arrest of the defendant; and for good cause shown,

IT IS ON this 12th day of September, 2016,

ORDERED that the Complaint, arrest warrant, and accompanying papers filed in the above-captioned matter are unsealed.

_____
HONORABLE JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE